**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>FORGE UNDERWRITING LIMITED,<br><br>Defendant. | Case No. 1:25-cv-10170-JSR<br><br>Hon. Jed S. Rakoff |

**AMENDED PROPOSED ORDER**
**PERMITTING THE FILING OF DOCUMENTS UNDER SEAL**

In accordance with the Protective Order entered by the Court on May 26, 2026 (ECF No. 29) requiring that Confidential Discovery Material "shall" be filed under seal, the Parties' conference with the Court on June 4, 2026, and this Court's Individual Rules of Practice, concurrent with the filing of AmTrust's Motion for Summary Judgment, the Court permits and orders Plaintiff AmTrust Financial Services, Inc. ("AmTrust") to file of the following specific documents under seal, alongside a publicly filed redacted version of those sealed documents as appropriate:

- AmTrust Financial Services, Inc.'s Statement of Undisputed Facts In Support of Summary Judgment; ECF Nos. 33 and 34;

- Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF No. 40;

- Exhibit A-2 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.02 and 40.02;

- Exhibit A-26 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.26 and 40.26;

- Exhibit A-32 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.32 and 40.32;

- Exhibit A-34 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.34 and 40.34;

- Exhibit A-35 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.35 and 40.35;

- Exhibit A-36 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.36 and 40.36;

- Exhibit A-37 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.37 and 40.37;

- Exhibit A-38 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.38 and 40.38;

- Exhibit A-39 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.39 and 40.39;

- Exhibit A-40 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.40 and 40.40;

- Exhibit A-42 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.42 and 40.42;

- Exhibit A-45 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.45 and 40.45;

- Exhibit A-47 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.47 and 40.47;

- Exhibit A-56 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.56 and 40.56;

- Exhibit A-57 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.57 and 40.57;

- Exhibit A-58 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.58 and 40.58;

- Exhibit A-59 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.59 and 40.59;

- Exhibit A-60 to the Declaration of Elizabeth Dye in Support of AmTrust's Motion for Summary Judgment; ECF No. 40.60.

- Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF No. 41;

- Exhibit B-1 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment ECF Nos. 33.60 and 41.01;

- Exhibit B-2 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.61 and 41.02;

- Exhibit B-3 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.62 and 41.03;

- Exhibit B-4 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.63 and 41.04;

- Exhibit B-5 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.64 and 41.05;

- Exhibit B-6 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.65 and 41.06;

- Exhibit B-7 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.66 and 41.07;

- Exhibit B-8 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.67 and 41.08;

- Exhibit B-9 to the Declaration of Daniel Harary in Support of AmTrust's Motion for Summary Judgment; ECF Nos. 33.68 and 41.01.

**SO ORDERED.**

Dated: _____          _____
     New York New York                                    JED S. RAKOFF, U.S.D.J.

Dated:  June 9, 2026

Respectfully submitted,

PILLSBURY WINTHROP SHAW
PITTMAN LLP


By:  */s/ Elizabeth J. Dye*
Tamara D. Bruno
Edward Flanders
Peter M. Gillon (*pro hac vice*)
Elizabeth J. Dye (*pro hac vice*)
31 West 52nd St
New York, NY 100019
Tel.: (212) 858.1000
Fax: (212) 858.1000
robert.sills@pillsburylaw.com
tamara.bruno@pillsburylaw.com
edward.flanders@pillsburylaw.com
peter.gillon@pillsburylaw.com
elizabeth.dye@pillsburylaw.com

*Attorneys for Plaintiff AmTrust Financial
Services, Inc.*

4

5

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above document has

been served on all counsel of record via ECF Filing on June 9, 2026.


/s/ Elizabeth J. Dye
Elizabeth J. Dye (*pro hac vice*)

110186609.v1