

Pillsbury Winthrop Shaw Pittman LLP
609 Main Street Suite 2000 | Houston, TX 77002 | tel 713.276.7600 | fax 713.276.7673

Tamara Bruno
Partner
Tel: +1.713.276.7608
tamara.bruno@pillsburylaw.com

July 1, 2026

**Via E-Mail – RakoffNYSDChambers@nysd.uscourts.gov**

The Honorable Jed S. Rakoff
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 14B
New York, NY 10007-1312

> Re:    *AmTrust Financial Services, Inc. v. Forge Underwriting Limited*, Case No. 25-cv-10170, U.S. District Court for the Southern District of New York

Dear Judge Rakoff:

In accordance with your Individual Rules of Practice, the Parties affirm that the case has been finally settled and the Court may dismiss the case with prejudice.

Sincerely,

Tamara D. Bruno
*Counsel for Plaintiff AmTrust Financial Services, Inc.*

cc:    Edward J. Kirk (edward.kirk@clydeco.com)
Jason Balsamo (jason.balsamo @clydeco.com)

*Clerk to enter judgment and dismiss the case.*
*SO ORDERED*

JSR
7-2-26

www.pillsburylaw.com