UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMTRUST FINANCIAL SERVICES, INC.,

Plaintiff,

-against-

FORGE UNDERWRITING LIMITED.,

Defendant.

25 CIVIL 10170 (JSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 2, 2026, judgment entered dismissing the case with prejudice.

**Dated:** New York, New York
July 6, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**